Sara Smith Ray  (State Bar No. 140564)
**ALTMAN & RAY**
20700 Ventura Boulevard, Suite 128
Woodland Hills, California 91436
(818) 907-6900 – Telephone
(818) 907-6906 - Facsimile
sray@altmanray.com

Attorneys for Plaintiff:  NATALIE PESUTICH

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PESUTICH, | CASE NO. CV07-07693 SVW (AGRx) |
| Plaintiff, | **ORDER ON** |
| | **STIPULATION TO DISMISS ACTION** |
| Vs. | **WITH PREJUDICE** |
| HONEYWELL INTERNATIONAL INC. DISABILITY PLAN, | |
| Defendants. | |

   IT IS HEREBY ORDERED, THAT this matter be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), each  side to bear their own attorneys' fees and costs.

Date:  September 19, 2008

By:  _____
Honorable Judge Stephen V. Wilson

Case No. CV07-07693 SVW (AGRx)

1